**From:**
Benjamin Glaser
27 Waverton Dr.
Saint Louis, MO 63124
September 24, 2019

**To:**
Judge John A. Ross
Thomas F. Eagleton U.S. Courthouse
Courtroom: 12 North
Chambers: 12.148

Dear Judge Ross,

I am writing to you in regards to my father, William August Glaser (#47678-044)

- My father is a loving father and grandfather. He raised me right and I contribute my own success as a husband and father to him.
- He is a great friend and anyone close to him knows that he always does anything he can to help someone in need.
- He always worked hard, served the community, and set a great example for me growing up.

I know this was a serious offense and I recognize he was convicted of these crimes. I am taking the time to write a letter so I can help him serve out his sentence and be reintroduced back into society as an honest, hard-working man.

After being sentenced, he was asked to turn himself in to the Federal Medical Center in Lexington due to prior medical conditions. He has been cleared and is now eligible for transfer.

I am requesting he be transferred to a Federal Prison Camp based on his conviction and qualification. As previously requested, FPC Yankton or FPC Pensacola would be the best options for friends and family to visit. If transferring is a burden, I am willing to furlough him to any FPC to serve out the remainder of his sentence.

I hope you will use your authority and recommend this request to the Bureau of Prisons, but I understand that is your rightful choice and decision.

Sincerely,


Benjamin Glaser

